**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Warden-Superintendent: of Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth Massachusetts.

YOU ARE COMMANDED to have the body of ____Raymond F. Clinton, Jr. (1952)____

now in your custody, before the United States District Court for the District of Massachusetts, United

States  Courthouse, 1 Courthouse Way, Courtroom No.____20____, on the ____7th____ floor, Boston,

Massachusetts on or before ____September 9, 2026____, at ____11:00____ AM.

for the purpose of ____SENTENCING HEARING____

in the case of    UNITED STATES OF AMERICA V. ____Raymond F. Clinton, Jr. (1952)____

CR Number ____1:25-cr-10367-MJJ____

And you are to retain the body of said ____Raymond F. Clinton, Jr. (1952)____ while before

said Court upon said day and upon such other days thereafter as his attendance before said Court shall

be necessary, and as soon as may be thereafter to return said ____Raymond F. Clinton, Jr.____ to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your

doings herein.

Dated this ____14th____ day of ____MAY 2026____.

| MYONG  J.  JOUN |
|---|

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By:____Steve York____
            Deputy Clerk

Habeas Writ.wpd - 5/20/08